IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN D. CORDS,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    13-cv-469-wmc

WISCONSIN STATE ATTORNEY
GENERAL, WI DEPT. OF CHILDREN &
FAMILIES and DANE COUNTY CHILD
SUPPORT AGENCY,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 8/6/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |